Tom W. Sharp, ID #00791643
BLALACK & WILLIAMS, P.C.
4851 LBJ Freeway, Ste. 750
Dallas, TX 75244
214/630-1916; 214/630-1112 (fax)
Attorneys for Credit Union of Texas

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
(DALLAS DIVISION)

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 24-30674 |
| JEFFREY GARIBAY and | ) | |
| JESSICA GARIBAY | ) | |
|     Debtor(s) | ) | |
| | ) | Hearing date: June 25, 2025 |
| CREDIT UNION OF TEXAS | ) | Hearing time: 1:30 p.m. |
|     Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JEFFREY GARIBAY and | ) | |
| JESSICA GARIBAY | ) | |
| | | |
|     Debtor(s)/Respondent(s) | ) | WEBEX DOCKET |

MOTION OF CREDIT UNION OF TEXAS
FOR RELIEF FROM THE AUTOMATIC STAY

**PURSUANT TO LOCAL BANKRUPTCY RULE 4001-1(b), A RESPONSE IS REQUIRED TO THIS MOTION, OR THE ALLEGATIONS IN THE MOTION MAY BE DEEMED ADMITTED, AND AN ORDER GRANTING THE RELIEF SOUGHT MAY BE ENTERED BY DEFAULT.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK THE UNITED STATES BANKRUPTCY COURT AT EARLE CABELL FEDERAL BUILDING, 1100 COMMERCE ST., RM. 1254, DALLAS, TX 75242-1496 BEFORE CLOSE OF BUSINESS ON JUNE 16, 2025, WHICH IS AT LEAST 14 DAYS FROM THE DATE OF SERVICE HEREOF. A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY AND ANY TRUSTEE OR EXAMINER APPOINTED IN THE CASE. ANY RESPONSE SHALL INCLUDE A DETAILED AND COMPREHENSIVE STATEMENT AS TO HOW THE MOVANT CAN BE "ADEQUATELY PROTECTED" IF THE STAY IS TO BE CONTINUED.**

TO THE HONORABLE JUDGE OF THE BANKRUPTCY COURT:

NOW COMES CREDIT UNION OF TEXAS, the holder of a claim in the above numbered and entitled case and files this, its Motion for Relief from Automatic Stay and as grounds therefor would respectfully show the Court as follows:

1.This Court has jurisdiction over this matter by virtue of the jurisdiction conferred upon it under 28 U.S.C. §157 which characterizes this matter as a "core proceeding" arising in a case under Title 11.

2.Movant is the holder of a secured claim in this case. The Debtor, whether one or more, is indebted to Movant as follows: $92,689.16. True copies of the loan documents evidencing the Debtor(s)' indebtedness to Movant are attached hereto.

3.Securing repayment of that indebtedness, the Debtor(s) gave Movant a security interest, mortgage or lien in the following property: One (1) 2021 GMC Sierra, VIN 3GTP8DED1MG377710, One (1) 2018 Chrysler 300, VIN 2C3CCAAG8JH152678 , and One (1) 2015 Chevrolet, VIN 3GCPCREC9FG482842 . The nature of the Debtor(s)' pledge of that property, either in the form of security interest, mortgage or other lien, is more particularly set forth in the documentation evidencing that pledge, true copies of which are attached hereto, which includes the specific legal description of the property. Movant is the holder of a valid, subsisting and perfected lien in the property described above, whether by way of direct pledge, or enforceable future advances and cross-collateralization clauses contained in the loan documents attached.

4.The Debtor(s) have defaulted in the repayment of their loan obligation to Movant. Movant is entitled to foreclose upon its security interest, mortgage or lien, subject to the constraints imposed under 11 U.S.C. §362.

5.Movant would show that the vehicle described above has the following values: One

(1) 2021 GMC Sierra, VIN 3GTP8DED1MG377710 which retains the following retail value: $44,600.00, One (1) 2018 Chrysler 300, VIN 2C3CCAAG8JH152678 which retains the following retail value: $21,550.00, and One (1) 2015 Chevrolet, VIN 3GCPCREC9FG482842 which retains the following retail value: $20,500.00.

6. Movant would urge that it is entitled to relief from the automatic stay for cause under 11 USC §362(b)(1). Debtor(s) are currently delinquent on Trustee payments. According to the Trustee's office, the Debtor(s) are delinquent in the amount of $2,416.00.

WHEREFORE, Movant prays that the automatic stay in effect in this case be modified, (a) to permit Movant to foreclose upon its security interest in, or mortgage against the following described property, to wit: One (1) 2021 GMC Sierra, VIN 3GTP8DED1MG377710, One (1) 2018 Chrysler 300, VIN 2C3CCAAG8JH152678, and One (1) 2015 Chevrolet, VIN 3GCPCREC9FG482842 ; (b) to recover its attorney's fees and court costs occurred in the filing of this Motion; and (c) for such other and further relief to which Movant may be found to be justly entitled.

Respectfully submitted,

BLALACK & WILLIAMS, P.C.
Attorneys for Movant

BY: /s/ Tom W. Sharp
Tom W. Sharp, ID #00791643
4851 LBJ Freeway, Ste. 750
Dallas, TX 75244
214/630-1916; 214/630-1112 (fax)

CERTIFICATE OF SERVICE

     The undersigned certifies that a true and correct copy of the foregoing document was served upon Jeffrey Lee Garibay and Jessica Renee Garibay, Debtors, 2419 Arbor Ct, Irving, TX 75060; Richard Anderson, Attorney for Debtors, Leinart Law Firm, 10670 N. Central Expressway, Suite 320, Dallas, TX 75231; Thomas Powers, Office of the Standing Chapter 13 Trustee, 105 Decker Court, Ste 1150, Irving, TX 75062; and upon U.S. Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75202, and upon the parties listed below, all by first class mail, address correction requested or e-mail, on this 2nd day of June, 2025.

/s/ Tom W. Sharp
Tom W. Sharp

**Parties Requesting Service**:

Dallas County
c/o Camille Stecker
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway
Dallas, TX 75207

Irving ISD
c/o Camille Stecker
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX 75207

Atlas Acquisitions
492C Cedar Lane, Suite 442
Teaneck, NJ 07666

Quantum3 Group LLC as agent for
CIT
P.O. Box 788
Kirkland, WA 78083

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on the 23 day of May, 2025:

____ 1(a) The creditor

XXX (b) The creditor's attorney

XXX (c) made a good faith effort to negotiate a settlement of the dispute with debtor(s)' counsel.

____ (d) attempted to contact debtor(s)' counsel, but debtor(s)' counsel failed to respond to our communication by the same time on the second business day after such communication.

XXX 2(a) The Motion is opposed.

____ (b) The Motion is unopposed.

                                               /s/ Tom W. Sharp
                                               Blalack & Williams, P.C.